```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     FORT SMITH DIVISION
```

GE COMMERCIAL DISTRIBUTION
FINANCE CORPORATION, a Delaware
Corporation, as successor in
interest to DEUTSCHE FINANCIAL
SERVICES CORPORATION                                    PLAINTIFF

                    Civil No. 09-2035

CRABTREE RV CENTER, INC.,
an Arkansas Corporation                                 DEFENDANT


            and


BANK OF AMERICA, N.A.                                   PLAINTIFF

            v.        Civil No. 09-2043

CRABTREE RV CENTER, INC.;
JAMES GILBERT ADAMS;
JOYCE ADAMS; and EZRA
JAMES CRABTREE                                         DEFENDANTS


            and


TEXTRON FINANCIAL CORPORATION                           PLAINTIFF

            v.        Civil No. 09-2044

CRABTREE RV CENTER, INC.;
JAMES G. ADAMS; JOYCE C.
ADAMS; and EZRA J. CRABTREE                            DEFENDANTS


                        **O R D E R**

Now on this 29th day of April, 2009, the Court, noting that defendant Crabtree RV Center, Inc., has filed a petition for

relief under Chapter 11 of the United States Bankruptcy Code, hereby stays these proceedings -- as to defendant Crabtree RV Center, Inc., only -- pending the disposition of bankruptcy proceedings which may become dispositive of this litigation as against Crabtree RV Center, Inc.

**IT IS THEREFORE ORDERED** that an administrative termination of the case be entered -- as to defendant Crabtree RV Center, Inc., only -- without prejudice to the right of the parties to reopen the proceedings for good cause shown for entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation as against defendant Crabtree RV Center, Inc.

**IT IS FURTHER ORDERED** that this administrative termination not affect the claims of the plaintiffs as against other defendants in these consolidated cases.

**IT IS SO ORDERED.**

       /s/ Jimm Larry Hendren
       **JIMM LARRY HENDREN**
       **UNITED STATES DISTRICT JUDGE**