```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

| | |
|---|---|
| GE COMMERCIAL DISTRIBUTION FINANCE CORPORATION, a Delaware Corporation, as successor in interest to DEUTSCHE FINANCIAL SERVICES CORPORATION | PLAINTIFF |

Civil No. 09-2035

| | |
|---|---|
| CRABTREE RV CENTER, INC., an Arkansas Corporation | DEFENDANT |

and

| | |
|---|---|
| BANK OF AMERICA, N.A. | PLAINTIFF |

v.          Civil No. 09-2043

| | |
|---|---|
| CRABTREE RV CENTER, INC.; JAMES GILBERT ADAMS; JOYCE ADAMS; and EZRA JAMES CRABTREE | DEFENDANTS |

and

| | |
|---|---|
| TEXTRON FINANCIAL CORPORATION | PLAINTIFF |

v.          Civil No. 09-2044

| | |
|---|---|
| CRABTREE RV CENTER, INC.; JAMES G. ADAMS; JOYCE C. ADAMS; and EZRA J. CRABTREE | DEFENDANTS |

**J U D G M E N T**

Now on this 30th day of October, 2009, for reasons set forth in a Memorandum Opinion of even date herewith, the Court enters

judgment in favor of Textron Financial Corporation and against James G. Adams, Joyce C. Adams, and Ezra J. Crabtree, jointly and severally, for One Million Six Hundred Seventy-Seven Thousand, Five Hundred Forty-One and 92/100 Dollars ($1,677,541.92), with interest thereon at .39% per annum until paid, for all of which execution may issue.

The Court further expressly determines, for reasons set forth in that same Memorandum Opinion, that there is no just reason for delay, and this Judgment is a final judgment pursuant to **F.R.C.P. 54(b)**.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　 /s/ Jimm Larry Hendren
　　　　　　　　　　　　　　　　　**JIMM LARRY HENDREN**
　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**