IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GE COMMERCIAL DISTRIBUTION
FINANCE CORPORATION, a Delaware
Corporation, as successor in
interest to DEUTSCHE FINANCIAL
SERVICES CORPORATION                              PLAINTIFF

Civil No. 09-2035

CRABTREE RV CENTER, INC.,
an Arkansas Corporation                           DEFENDANT


        and


BANK OF AMERICA, N.A.                             PLAINTIFF

        v.          Civil No. 09-2043

CRABTREE RV CENTER, INC.;
JAMES GILBERT ADAMS;
JOYCE ADAMS; and EZRA
JAMES CRABTREE                                   DEFENDANTS


        and


TEXTRON FINANCIAL CORPORATION                     PLAINTIFF

        v.          Civil No. 09-2044

CRABTREE RV CENTER, INC.;
JAMES G. ADAMS; JOYCE C.
ADAMS; and EZRA J. CRABTREE                       DEFENDANTS


<u>O R D E R</u>

Now on this 17th day of November, 2009, comes on for
consideration the **Motion And Memorandum Brief To Allow Post**

**Judgment Discovery** of plaintiff Textron Financial Corporation (document #55), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and Textron Financial Corporation is hereby authorized to take such discovery of defendants James G. Adams, Joyce C. Adams, and Ezra J. Crabtree as it reasonably deems necessary in aid of its judgment against these defendants, and the execution thereof.

**IT IS SO ORDERED.**

        /s/ Jimm Larry Hendren
**JIMM LARRY HENDREN**
**UNITED STATES DISTRICT JUDGE**

-2-