```
           IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FORT SMITH DIVISION
```

GE COMMERCIAL DISTRIBUTION
FINANCE CORPORATION, a Delaware
Corporation, as successor in
interest to DEUTSCHE FINANCIAL
SERVICES CORPORATION                                    PLAINTIFF

                       Civil No. 09-2035

CRABTREE RV CENTER, INC.,
an Arkansas Corporation                                 DEFENDANT


            and


BANK OF AMERICA, N.A.                                   PLAINTIFF

            v.          Civil No. 09-2043

CRABTREE RV CENTER, INC.;
JAMES GILBERT ADAMS;
JOYCE ADAMS; and EZRA
JAMES CRABTREE                                          DEFENDANTS


            and


TEXTRON FINANCIAL CORPORATION                           PLAINTIFF

            v.          Civil No. 09-2044

CRABTREE RV CENTER, INC.;
JAMES G. ADAMS; JOYCE C.
ADAMS; and EZRA J. CRABTREE                             DEFENDANTS


                        **O R D E R**

Now on this 5th day of February, 2010, comes on for consideration the **Motion To Compel Responses To Post-Judgment**

Discovery of Textron Financial Corporation (filed as document #29 in case number 09-2044 and inadvertently not filed in the captioned consolidated matter), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**.

**IT IS THEREFORE ORDERED** that James Adams, Joyce Adams, and Ezra Crabtree fully answer Textron's Post-Judgment Interrogatories and Requests for Production of Documents no later than February 15, 2010, on pain of sanctions.

**IT IS FURTHER ORDERED** that the Clerk of Court file a copy of document #29 in case number 09-2044 in the captioned case, and that all future filings in these consolidated cases be properly filed in case 09-2035, the lead case.

**IT IS SO ORDERED.**

                                        /s/ Jimm Larry Hendren
                                        **JIMM LARRY HENDREN**
                                        **UNITED STATES DISTRICT JUDGE**